Case 2:25-mj-01079 CD Document 2 Filed 04/04/25 Page 1 of 1 PageID 6

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED USMS FT MYERS 2025 APR 4 PM 1:17

MAY 28 2025 PM2:45 FILED - USDC - FLMD - FTM

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Rusbelito Diaz-Velasquez
a/k/a Rubel Diaz-Velasquez

*Defendant*

Case No. 2:25-mj-1079-KCD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Rusbelito Diaz-Velasquez a/k/a Rubel Diaz-Velasquez, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Illegal Reentry of Deported Alien, in violation of 8 U.S.C. § 1326(a).

Date: 04/04/2025

Kyle C. Dudek
*Issuing officer's signature*

City and state: Fort Myers, Florida

Kyle C. Dudek, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* April 5, 2025, and the person was arrested on *(date)* April 7, 2025 at *(city and state)* Fort Myers, FL.

Date: 4-7-2025

[signature]
*Arresting officer's signature*

David Strange Resident Agent USBP
*Printed name and title*